Theodore P. Witthoft (No. 021632)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
201 North Central Avenue, Suite 2210
Phoenix, Arizona 85004-0022
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: twitthoft@cmpbglaw.com
Attorneys for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND aka LUND MORTGAGE, INC.<br><br>        Debtors.<br><br>THE BILTMORE BANK OF ARIZONA,<br><br>        Plaintiff,<br><br>vs.<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND,<br><br>        Defendants/Debtors. | **Chapter 7**<br><br>**Case No. 2:09-bk-18416-CGC**<br><br>**Adv. No. 2:09-ap-01577-CGC**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF ARIZONA    )
                          ) ss.
County of Maricopa    )

    Lisa Harnack, being first duly sworn, deposes and states as follows:

    1.  I am a citizen of the United States, over the age of 18 years, and a resident of Maricopa County, Arizona;

    2.  I am not a party in the above-captioned proceedings;

    3.  On November 30, 2009, I caused to be deposited in the United States mail at Phoenix, Arizona, in a sealed envelope with postage thereon prepaid via certified and first-class mail, a copy of the Summons and Complaint to the following parties:

| | |
|---|---|
| 1 | |
| 2 | Stanley Thomas Lund |
| | June Marie Lund |
| 3 | aka Lund Mortgage, Inc. |
| | 18008 West Narramore Road |
| 4 | Goodyear, Arizona 85338 |
| 5 | |
| | Joseph W. Charles, Esq. |
| 6 | P.O. Box 1737 |
| | Glendale, Arizona 85311-1737 |
| 7 | |

                                        /s/ Lisa Harnack
                                        Lisa Harnack

    SUBSCRIBED AND SWORN to before me this 7th day of December, 2009 by Lisa Harnack.

                                        /s/ Meaghan Smith fka Meaghan Downs
                                        Notary Public

My Commission Expires:

July 7, 2013