**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Tel: (623) 939-6546**
**Fax: (623) 939-6718**
**Email: attyjcharles@joecharles.com**

Joseph W. Charles
State Bar #003038
Attorneys for Defendants/Debtors

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE THE MATTER OF: | Chapter 7 |
| STANLEY THOMAS LUND and JUNE MARIE LUND, aka LUND MORTGAGE, INC., | Case No. 2:09-bk-16494-SSC |
| | Adv. Proc. No. 2:09-ap-01577-CGC |
| Debtors. | **ANSWER** |

THE BILTMORE BANK OF ARIZONA,

        Plaintiff,

vs.

STANLEY THOMAS LUND and JUNE
MARIE LUND,

        Defendants/Debtors.

       Defendants/Debtors, by and through their attorneys undersigned, hereby answer

Plaintiff's Complaint and admit, deny and allege as follows:

       1.     Defendants/Debtors admit the allegations contained in Paragraph 1 of

Plaintiff's Complaint.

2.      Defendants/Debtors are without sufficient information to form a belief as to the truthfulness of the allegations contained in Paragraph 2 of Plaintiff's Complaint, and as such neither deny nor admit same.

3.      Defendants/Debtors admit to the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.      Defendants/Debtors deny the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.      Defendants/Debtors admit to the allegations contained in Paragraphs 5, 6, 7, 8, 9, 10, 11 and 12 of Plaintiff's Complaint.

6.      Defendants/Debtors deny the allegations contained in Paragraph 13 of Plaintiff's Complaint.

7.      Defendants/Debtors admit to the allegations contained in Paragraphs 14, 15, 16 and 17 contained in Plaintiff's Complaint.

8.      Defendants/Debtors deny the allegations contained in Paragraph 18 of Plaintiff's Complaint.

9.      Defendants/Debtors are without sufficient information to form a belief as to the truthfulness of the allegations contained in Paragraph 19, 20, 21, 22, 23 and 24 of Plaintiff's Complaint, and as such neither deny nor admit same.

10.     Defendants/Debtors admit to the allegations contained in Paragraph 25 of Plaintiff's Complaint.

11.     Defendants/Debtors are without sufficient information to form a belief as to the truthfulness of the allegations contained in Paragraph 26, 27 and 28 of Plaintiff's Complaint, and as such neither deny nor admit same.

12.     Defendants/Debtors deny the allegations contained in Paragraphs 29, 30, 31 and 32 of Plaintiff's Complaint.

13.     Defendants/Debtors are without sufficient information to form a belief as to the truthfulness of the allegations contained in Paragraph 33 of Plaintiff's Complaint, and as such neither deny nor admit same.

14.     Statement of fact and therefore no response is required to Paragraph 34 of Plaintiff's Complaint.

15.     Defendants/Debtors deny the allegations contained in Paragraphs 35, 36, 37 and 38 of Plaintiff's Complaint.

16.     Statement of fact and therefore no response is required to Paragraph 39 of Plaintiff's Complaint.

17.     Defendants/Debtors deny the allegations contained in Paragraphs 40, 41 and 42 of Plaintiff's Complaint.

WHEREFORE, Defendants/Debtors request that Plaintiff's Complaint be dismissed and that they be awarded their reasonable attorney's fees and costs incurred herein, and for such other and further relief as the Court deems necessary.

DATED this 14th day of December, 2009.


**JOSEPH W. CHARLES, P.C.**


By:     /s/ Joseph W. Charles _____
        **JOSEPH W. CHARLES**
        5704 West Palmaire Avenue
        Post Office Box 1737
        Glendale, Arizona  85311
        Attorney for Defendants/Debtors

– 3 –

The foregoing was eletronically
filed with the U.S. Bankruptcy Court
and a copy was mailed this 14th day
of December, 2009, to:

Theodore P. Witthoft, Esq.
Collins, May Potenza, Baran & Gillespie, P.C.
201 N. Central Avenue, Suite 2210
Phoenix, AZ  85004-0022
Attorneys for Plaintiff


/s/ S. Borek