**SO ORDERED.**

**Dated: January 27, 2010**



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| STANLEY THOMAS LUND and JUNE MARIE LUND aka LUND MORTGAGE, INC. | Case No. 2:09-bk-18416-CGC |
| Debtors. | Adv. No. 2:09-ap-01577-CGC |
| THE BILTMORE BANK OF ARIZONA, | **STIPULATED SCHEDULING ORDER** |
| Plaintiff, | |
| vs. | |
| STANLEY THOMAS LUND and JUNE MARIE LUND, | |
| Defendants/Debtors. | |

The Plaintiff, The Biltmore Bank of Arizona, by and through its attorneys, Collins, May, Potenza, Baran & Gillespie, P.C., and the Defendants, Stanley Thomas Lund and June Marie Lund, by and through their attorney, Joseph W. Charles, Esq., having stipulated to entry of this Scheduling Order as evidenced by their signatures affixed hereto; and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows**:**

A.    The deadline for completion of discovery is June 11, 2010 unless extended by agreement of the parties or by the Court for good cause;

1

B.    The last day for filing dispositive motions, as appropriate, is July 12, 2010.

2

       Deadlines for responses and reply memorandum shall be in accordance with the

3

       Federal Rules of Civil Procedure and the Bankruptcy Rules unless otherwise

4

       ordered by the Court;

5

C.    If no dispositive motions are filed, the parties will meet to prepare a joint pretrial

6

       statement, and shall exchange documents to be used at trial and their list of

7

       witnesses on or before July 30, 2010.  If dispositive motions are filed, the moving

8

       party shall also file a motion to extend the remaining deadlines;

9

D.    The joint pretrial statement shall be submitted to the Court no later than July 30,

10

       2010;

11

E.    The pretrial scheduling conference scheduled for February 17, 2010 at 11:00 a.m.

12

       is hereby vacated upon entry of this Scheduling Order.

13

F.    A pretrial conference shall be held on the 4th day of AUGUST,  2010, at

14

       11:00 AM in the courtroom of the Honorable Charles G. Case

15

       II, United States Bankruptcy Court, 230 North First Avenue, Sixth Floor,

16

       Courtroom #601;

17

G.    The Plaintiff shall serve a copy of this Order on interested parties and file an

18

       affidavit of service with the Court.

19

20

**DATED AND SIGNED ABOVE.**

21

APPROVED AS TO FORM AND CONTENT:

22

COLLINS, MAY, POTENZA, BARAN       LAW OFFICES OF JOSEPH W. CHARLES

23

 & GILLESPIE, P.C.

24

25

By /s/ Theodore P. Witthoft      #021632      /s/ Joseph W. Charles (with permission)

     Theodore P. Witthoft                  Joseph W. Charles

26

     Attorneys for Plaintiff                Attorneys for Defendants