# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | STANLEY THOMAS & JUNE MARIE LUND |
| **Case Number:** | 2:09-BK-18416-CGC  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 17, 2010 11:00 AM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

ADV: 2-09-01577

**THE BILTMORE BANK OF ARIZONA vs STANLEY THOMAS LUND & JUNE MARIE LUND**

SCHEDULING CONFERENCE AND PROCEDURES   SCHEDULING CONFERENCE SET FOR 2/17/2010 AT 11:00 AM AT 230 N. FIRST AVE., 6TH FLOOR, COURTROOM 601, PHOENIX, AZ (CGC ) .

R / M #:   11 / 0

**VACATED:** UPON STIPULATED MOTION AND ORDER PRETRIAL CONFERENCE SET ON AUGUST 4, 2010 AT 11:00 AM

### Appearances:

NONE

### Proceedings:

VACATED: UPON STIPULATED MOTION AND ORDER PRETRIAL CONFERENCE SET ON AUGUST 4, 2010 AT 11:00 AM