UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09–bk–18416–CGC |
| STANLEY THOMAS LUND and JUNE MARIE LUND<br>*Debtor(s)* | Chapter: 7 |
| THE BILTMORE BANK OF ARIZONA<br>*Plaintiff(s)*<br><br>*v.*<br><br>STANLEY THOMAS LUND<br>et al.<br>*Defendant(s)* | Adversary No.: 2:09–ap–01577–CGC |

# NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 6/24/10 at 1:30 pm has been vacated on the Courts's own motion.

This matter has been RESCHEDULED for hearing on 6/24/10 at 02:30 PM at 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Charles G. Case II to consider and act upon the following matter:

ORAL ARGUMENT ON MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY THEODORE P. WITTHOFT OF COLLINS, MAY, POTENZA, BARAN & GILLESPIE ON BEHALF OF THE BILTMORE BANK OF ARIZONA.

**Date: May 11, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |