Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for Plaintiff, The Biltmore Bank of Arizona

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND, aka LUND MORTGAGE, INC.,<br><br>Debtors. | Chapter 7 Proceedings<br><br>Case No. 2:09-bk-18416-CGC |
| THE BILTMORE BANK OF ARIZONA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND,<br><br>Defendants/Debtors. | **Adv. No. 2:09-ap-01577-CGC**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Michael W. Carmel, of Michael W. Carmel, Ltd., hereby gives notice of appearance in this adversary proceeding as counsel for Plaintiff, The Biltmore Bank of Arizona, and hereby requests that a copy of all orders, notices to creditors, applications, motions, complaints,

demands, replies, answers and any other document filed in this case be sent to the following address:

>Michael W. Carmel, Esq.
>MICHAEL W. CARMEL, LTD.
>80 East Columbus Avenue
>Phoenix, Arizona 85012-2334
>E-mail address: Michael@mcarmellaw.com

DATED this 26th day of May 2010.

>MICHAEL W. CARMEL, LTD.
>
>/s/Carmel, M.W. (007356)
>Michael W. Carmel
>80 East Columbus Avenue
>Phoenix, Arizona 85012-2334
>Attorney for Plaintiff

COPY of the foregoing mailed
on May 26, 2010 to:

Joseph W. Charles, Esq.
JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Attorneys for Defendants/Debtors

Office of the U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, Arizona 85003-1706

/s/ Nancy G. Forty

2

Case 2:09-ap-01577-CGC    Doc 29    Filed 05/26/10    Entered 05/26/10 15:18:18    Desc
Main Document    Page 2 of 2