SO ORDERED.

Dated: May 27, 2010

*signature*
CHARLES G. CASE, II
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND aka LUND MORTGAGE, INC.,<br><br>Debtors. | Chapter 7<br><br>Case No. 2:09-bk-18416-CGC<br><br>Adv. No 2:09-ap-01577 CGC |
| THE BILTMORE BANK OF ARIZONA,<br><br>        Plaintiff,<br><br>vs.<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND,<br><br>        Defendants/Debtors. | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

Upon Stipulation;

IT IS HEREBY ORDERED THAT:

/ / /

| | |
|---|---|
| 1 | Michael W. Carmel, Esq. |
| 2 | Michael W. Carmel, Ltd.<br>80 East Columbus Avenue |
| 3 | Phoenix, Arizona 85012<br>Attorneys for Biltmore |
| 4 | Telephone: (602) 264-4965 |
| 5 | Facsimile: (602) 277-0144<br>Email: michael@mcarmellaw.com |
| 6 | |

is hereby substituted for the law firm of Collins, May, Potenza, Baran & Gillespie, P.C. ("CMPBG"), as counsel for The Biltmore Bank of Arizona ("Biltmore").

IT IS FURTHER ORDERED that CMPBG is allowed to withdraw as counsel for Biltmore in this proceeding.

**DATED AND SIGNED ABOVE.**