# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | STANLEY THOMAS & JUNE MARIE LUND |
| **Case Number:** | 2:09-BK-18416-CGC    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 24, 2010 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

ADV: 2-09-01577

**THE BILTMORE BANK OF ARIZONA vs STANLEY THOMAS LUND & JUNE MARIE LUND**

MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY THEODORE P. WITTHOFT OF COLLINS, MAY, POTENZA, BARAN & GILLESPIE ON BEHALF OF THE BILTMORE BANK OF ARIZONA.

R / M #:   19 / 0

VACATED:  RESCHEDULED TO 2:30 ON JUNE 24, 2010

### Appearances:

NONE

### Proceedings:

VACATED: RESCHEDULED TO 2:30 ON JUNE 24, 2010

Case 2:09-ap-01577-CGC   Doc 34   Filed 06/24/10   Entered 06/24/10 09:32:24   Desc
Main Document    Page 1 of 1

Page 1 of 1                                                                                                                 06/24/2010  9:32:15AM