# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | STANLEY THOMAS & JUNE MARIE LUND |
| **Case Number:** | 2:09-BK-18416-CGC     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 24, 2010 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KARLA GAFNI |

## Matter:

ADV: 2-09-01577

**THE BILTMORE BANK OF ARIZONA vs STANLEY THOMAS LUND & JUNE MARIE LUND**

MOTION FOR PARTIAL SUMMARY JUDGMENT  FILED BY THEODORE P. WITTHOFT OF COLLINS, MAY, POTENZA, BARAN & GILLESPIE ON BEHALF OF THE BILTMORE BANK OF ARIZONA.

R / M #:   19 / 0

## Appearances:

CHRIS SHORT, ATTORNEY FOR JUNE MARIE LUND
MICHAEL CARMEL, ATTORNEY FOR THE BILTMORE BANK OF ARIZONA

## Proceedings:

Mr. Carmel argues the Motion for Partial Summary Judgment;  Mr. Short responds.

COURT:  IT IS ORDERED DENYING THE MOTION WITH REGARDS TO THE FURNITURE AND THE OTHER MATTERS WILL BE TAKEN UNDER ADVISEMENT.