# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** STANLEY THOMAS & JUNE MARIE LUND
**Case Number:** 2:09-BK-18416-CGC  **Chapter:** 7
**Date / Time / Room:** WEDNESDAY, AUGUST 04, 2010 11:00 AM  6TH FLOOR #601
**Bankruptcy Judge:** CHARLES G. CASE II
**Courtroom Clerk:**
**Reporter / ECR:** N/A

## Matter:

ADV: 2-09-01577
**THE BILTMORE BANK OF ARIZONA vs STANLEY THOMAS LUND & JUNE MARIE LUND**
PRETRIAL CONFERENCE
R / M #: 11 / 0
**VACATED:** Rescheduled to August 11, 2010 at 11:00 A.M.

## Appearances:

NONE

## Proceedings:

VACATED: Rescheduled to August 11, 2010 at 11:00 A.M.