Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for The Biltmore Bank of Arizona

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: <br><br> STANLEY THOMAS LUND and JUNE MARIE LUND, aka LUND MORTGAGE, <br><br> Debtors. | Chapter 7 Proceedings <br><br> Case No. 2:09-bk-18416-CGC |
| THE BILTMORE BANK OF ARIZONA, <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY THOMAS LUND and JUNE MARIE LUND, <br><br> Defendants/Debtors. | **Adv. No. 2:09-ap-01577-CGC** <br><br><br> **AMENDED RESPONSE TO MOTION FOR UNILATERAL PRETRIAL STATEMENT** |

Plaintiff, The Biltmore Bank of Arizona, by and through undersigned counsel, hereby responds to the Defendant's Motion to file a Unilateral Pretrial Statement.

On June 24, 2010, the Court conducted a hearing on Plaintiff's Motion for Partial Summary Judgment. The Court took the matter under advisement. The Court also continued a Rule 7016 Pre-trial Conference from August 4, 2010 to August 11, 2010, due

to counsel advising the Court he would be out of the country the week of August 2, 2010. Counsel is checking e-mails and messages regularly while he is out of town, and there were no calls as of 10:30 p.m., Europe time, August 4, 2010.

First, it frankly makes no sense to file a pre-trial statement until the Court rules on the pending motion. Once a decision is rendered, the remaining issues to be considered at a trial will be better determined. Second, if the Defendants' counsel wanted to send a draft pretrial statement via email, undersigned counsel would have been more than happy to assist in filing a *joint* statement - even while he was out of town.[1] Further, counsel would have suggested it would be more efficient for the parties to agree to file a Joint Pre-trial Statement shortly *after* the Court issues its ruling. One apparent phone call late in the afternoon, followed by filing a unilateral statement within a few hours, is hardly the type of acceptable communication this Court normally observes.

Accordingly, Plaintiff requests the Court direct that a Joint Pre-trial Statement be filed within one week after the Court rules on the matter currently under advisement.

DATED this 5th day of August 2010.

                                              MICHAEL W. CARMEL, LTD.

                                              /s/Howard A. Singer (006971) for
                                                  Michael W. Carmel
                                                  80 East Columbus Avenue
                                                  Phoenix, Arizona  85012-2334
                                                  Attorney for Plaintiff

---

[1] The Motion notes an attempt was made to contact undersigned counsel via phone. As of 9:30 a.m. MST August 5, 2010 the defendant's attorney has not left *any* voice message, nor has he spoken with the undersigned's secretary.

| | |
|---|---|
| 1 | COPY of the foregoing e-mailed |
| 2 | on August 5, 2010 to: |
| 3 | Joseph W. Charles, Esq. |
| | JOSEPH W. CHARLES, P.C. |
| 4 | 5704 West Palmaire Avenue |
| | P.O. Box 1737 |
| 5 | Glendale, Arizona 85311-1737 |
| 6 | E-mail: LawOffice@joecharles.com |
| | Attorneys for Defendants/Debtors |
| 7 | |
| | /s/ Nancy G. Forty |
| 8 | |