Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for The Biltmore Bank of Arizona

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> STANLEY THOMAS LUND and <br> JUNE MARIE LUND, aka LUND MORTGAGE, <br><br> Debtors. | Chapter 7 Proceedings <br><br> Case No. 2:09-bk-18416-CGC |
| THE BILTMORE BANK OF ARIZONA, <br><br> Plaintiff, <br><br> vs. <br><br> STANLEY THOMAS LUND and <br> JUNE MARIE LUND, <br><br> Defendants/Debtors. | **Adv. No. 2:09-ap-01577-CGC** <br><br> **NOTICE OF LODGING JUDGMENT** |

Plaintiff, through counsel undersigned, hereby gives notice that it has this date lodged a form of Judgment in the above matter.

. . .

. . .

1 DATED this 16th day of August 2010.

                                          MICHAEL W. CARMEL, LTD.

                                     /s/ Michael W. Carmel (007356)
                                           Michael W. Carmel
                                           80 East Columbus Avenue
                                           Phoenix, Arizona 85012-2334
                                           Attorney for Plaintiff

COPY of the foregoing e-mailed
on August 16, 2010 to:

Joseph W. Charles, Esq.
JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
E-mail: LawOffice@joecharles.com
Attorneys for Defendants/Debtors

/s/ Nancy G. Forty

2