Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for The Biltmore Bank of Arizona

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| | Case No. 2:09-bk-18416-CGC |
| STANLEY THOMAS LUND and JUNE MARIE LUND, aka LUND MORTGAGE, | |
| Debtors. | |
| THE BILTMORE BANK OF ARIZONA, | **Adv. No. 2:09-ap-01577-CGC** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| STANLEY THOMAS LUND and JUNE MARIE LUND, | |
| Defendants/Debtors. | |

The Court, having considered the Plaintiff's Motion for Partial Summary Judgment, and having rendered an Under Advisement Decision on August 10, 2010,

IT IS HEREBY ORDERED granting Judgment in favor of Plaintiff, and against the Defendants, Stanley Lund and June Lund, in the amount of $43,658.24. The above amount shall

be non-dischargeable pursuant to 11 U.S.C. § 523(a)(4).  Each of the Defendants are jointly and severally liable on the Judgment.

IT IS FURTHER ORDERED the Judgment shall bear interest at the post-judgment federal rate.

DATED AND SIGNED ABOVE.