# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | STANLEY THOMAS & JUNE MARIE LUND |
| **Case Number:** | 2:09-BK-18416-CGC  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 11, 2010 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA MORGAN |

## Matter:

ADV: 2-09-01577

**THE BILTMORE BANK OF ARIZONA vs STANLEY THOMAS LUND & JUNE MARIE LUND**

PRETRIAL CONFERENCE

**R / M #:**   11 / 0

## Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR JUNE MARIE LUND, STANLEY THOMAS LUND
MICHAEL CARMEL, ATTORNEY FOR THE BILTMORE BANK OF ARIZONA

## Proceedings:

Mr. Carmel advises there is no discovery left to be done and the case can be set for trial.

COURT:  IT IS ORDERED SETTING A TRIAL ON SEPTEMBER 13, 2010 AT 9:00 A.M.; THE JOINT PRETRIAL STATEMENT IS DUE 2 WEEKS PRIOR.  ANY WITNESSES OR EXHIBITS NOT IDENTIFIED OR EXCHANGED WILL NOT BE ALLOWED.