Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

Attorney for The Biltmore Bank of Arizona

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND, aka LUND MORTGAGE,<br><br>Debtors. | Chapter 7 Proceedings<br><br>Case No. 2:09-bk-18416-CGC |
| THE BILTMORE BANK OF ARIZONA,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY THOMAS LUND and JUNE MARIE LUND,<br><br>Defendants/Debtors. | Adv. No. 2:09-ap-01577-CGC<br><br>**JOINT PRETRIAL STATEMENT**<br><br>**Date of Trial:** September 13, 2010<br>**Time of Trial:** 9:00 a.m.<br>**Courtroom #601** |

The parties, by and through their respective counsel undersigned, hereby submit their Joint Pretrial Statement in connection with the above adversary proceeding.

**I.    NATURE OF SUIT**

This adversary proceeding is a Complaint to determine dischargeability of debt, and to deny discharge. The Court has jurisdiction pursuant to 28 U.S.C. § 157(a) (b) (2) (I), and (J).

## II. UNCONTESTED FACTS

1. Debtors' bankruptcy petition lists Lund Mortgage, Inc. ("Lund Mortgage") as an "AKA" for the Debtors.

2. At all relevant times herein, Lund Mortgage was a mortgage broker licensed by the Arizona Department of Financial Institutions.

3. Stanley Lund is or was the President, Director, and a key employee of Lund Mortgage.

4. Lisa Lund is Stanley Lund's daughter and is or was the Vice President and a key employee of Lund Mortgage.

5. The Biltmore Bank of Arizona ("Biltmore") and Lund Mortgage are parties to a "Wholesale Broker Agreement," which sets forth the terms upon which Biltmore agreed to fund loans originated and submitted to Biltmore by Lund Mortgage.

6. A contract dispute arose and Biltmore filed suit against Lund Mortgage in March 2007, in the Arizona Superior Court, County of Maricopa ("Superior Court").

7. On or about July 1, 2008, the Superior Court granted partial summary judgment in Biltmore's favor on the issue of liability.

8. On January 27, 2009, the Superior Court granted Biltmore's motion for summary judgment on the issue of damages, finding that as a result of Lund Mortgage's breach of the Wholesale Broker Agreement, Biltmore suffered damages in the principal amount of $291,046.52.

9. On or about May 14, 2009, the Superior Court entered a final judgment against Lund Mortgage, awarding Biltmore the principal amount of $291,046.52 and $10,245.00 for its incurred attorney fees and costs, plus post-judgment interest at the statutory rate of ten percent (10%) on both amounts.

10. On or about February 18, 2009. Lund Mortgage Team was incorporated by Lisa Lund and non-party Matt Oliver.

11. The Arizona Department of Financial Institutions granted a mortgage broker's license to Lund Mortgage Team, on or about April 30, 2009.

12. The purpose and operations of Lund Mortgage Team are virtually identical to the purpose and operations of Lund Mortgage.

13. Lund Mortgage Team and Lund Mortgage are both mortgage brokerage companies that assist customers in obtaining home loans.

14. Lund Mortgage Team operates at 8765 W. Kelton Lane, Suite C-1, Peoria, Arizona 85382; lists its telephone number as (623) 875-9940; and uses as its website the domain name www.lundmortgage.com.

15. Lund Mortgage operated at 8765 W. Kelton Lane, Suite C-1, Peoria, Arizona 85382; listed its telephone number as (623) 875-9940; and used as its website the domain name www.lundmortgage.com.

### III. CONTESTED FACTS

1. Whether the Asset Transfers were a violation of the Arizona Trust Fund Doctrine; and, to the extent they were in violation of the Trust Fund Doctrine, in what amount.

2. Whether Stanley Lund caused the transfers to occur with intent to hinder, delay, or defraud Lund Mortgage's creditors, including Plaintiff.

3. Whether Debtor Lund Mortgage received any consideration from Lund Mortgage Team, Inc. for the transfers.

4. Whether soon after the Superior Court granted Biltmore's motion for summary judgment on the issue of damages, Stanley Lund began taking steps to transfer the corporate

assets of Lund Mortgage to a new entity, "Lund Mortgage Team, Inc." ("Lund Mortgage Team").

5. Whether Lund Mortgage Team uses the same marketing plan as Lund Mortgage, touting its professionals' availability "outside of the daily 9 to 5 routine" and using the same advertising slogan, "We're available when you are …nights and weekends!"

6. Whether the content contained on Lund Mortgage Team's website is virtually identical to that contained on Lund Mortgage's website.

7. Whether Lund Mortgage Team's website lists Stanley Lund as the company's President/CEO and its employees as Lisa Lund and non-party Kara Smith.

8. Whether Stanley Lund, Lisa Lund, and Kara Smith were listed on Lund Mortgage's website as the Company's President/CEO and its employees, respectively.

9. Whether Stanley Lund and Lisa Lund, acting in concert, transferred virtually all of Lund Mortgage's corporate assets to Lund Mortgage Team and/or another insider company, or to themselves, for less than sufficient consideration.

10. Whether among those assets believed to be transferred from Lund Mortgage to Lund Mortgage Team or another insider company are: (1) customer-related intangible assets such as customer and contact lists, customer records, customer relationships, and customer application files; (2) human-capital related intangible assets such as an in-place workforce, skilled and knowledgeable key employees including, but not limited to, Stanley Lund, Lisa Lund, and Kara Smith; (3) goodwill-related intangible assets such as the business's reputation, patronage, and name recognition; and (4) tangible assets such as office furniture and electrical equipment, including computers, telephones, and other office-related machines ("Asset Transfers").

11. Whether Lund Mortgage became insolvent in or about September 2007.

12. Whether after Lund Mortgage became insolvent, Stanley Lund caused Lund Mortgage to transfer to Stanley Lund (or his spouse or daughter) funds for corporate loan repayments and/or equity distributions ("Monetary Transfers").

## IV. LEGAL ISSUES

1. Whether Defendants' discharge should be denied pursuant to 11 U.S.C. § 727 (a)(2).

2. Whether the amounts due Plaintiff from Defendants should be excepted from discharge, pursuant to 11 U.S.C. § 523(a) (4).

3. Whether Plaintiff is entitled to attorney's fees incurred herein.

## V. WITNESSES

Plaintiff intends to call the following witnesses:

1. Any and all witnesses listed by Defendants.
2. Stanley Thomas Lund
3. June Marie Lund
4. Lisa Lund
5. Kara Smith
6. Representative of The Biltmore Bank of Arizona

Defendants intend to call the following witnesses:

1. Stanley Thomas Lund
2. June Marie Lund
3. Lisa Lund
4. Kara Smith
5. Tillman Noles

## VI. DOCUMENTS

Plaintiff intends to introduce the following documents as an exhibit at trial:

1. Any and all documents listed by Defendants.

2. State and Federal Income Tax Returns for Lund Mortgage, Inc. for the years 2007, 2008, and 2009.

3. State and Federal Income Tax Returns for Debtors Stanley Lund and June Lund for the years 2007, 2008 and 2009.

4. Affidavit of Jeffrey P. Gaia in Support of Motion for Partial Summary Judgment.

5. State of Arizona Corporation Commission Annual Reports and Certificates of Disclosure for Lund Mortgage Team, Inc.

6. State of Arizona Corporation Commission Annual Reports and Certificates of Disclosure for Lund Mortgage, Inc.

7. Transcript of Rule 2004 Examination of Stanley Thomas Lund, dated November 12, 2009, along with all Exhibits to the examination.

8. Deposition of Lisa Marie Lund, dated May 25, 2010, along with all Exhibits attached to the Deposition.

Defendants intend to introduce the following documents as an exhibit at trial:

1. All Exhibits listed by Plaintiffs.

DATED this 2nd day of September 2010.

| MICHAEL W. CARMEL, LTD. | JOSEPH W. CHARLES, P.C. |
|---|---|
| /s/ Carmel, M.W.  (007356) | /s/ Charles, J.W.  (3038) |
| Michael W. Carmel | Joseph W. Charles |
| 80 East Columbus Avenue | 5704 West Palmaire Avenue |
| Phoenix, Arizona  85012-2334 | P.O. Box 1737 |
| Attorney for Plaintiff | Glendale, Arizona  85311 |
| | Attorney for Defendants/Debtors |